■    In the Matter of JOHN HUGH ROFF, JR., Petitioner.— Motion by petitioner, an attorney from the State of Missouri, for admission to the Bar of the State of New York, granted. Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.

■    In the Matter of WILLIAM W. WESTERFIELD, JR., Petitioner.— Motion by petitioner, an attorney from the State of Louisiana, for admission to the Bar of the State of New York, granted. Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.